F. #2018R01745

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANDRE WILBURN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 19-MJ-147 (SMG)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Special Assistant United States Attorney Virginia Nguyen, for an order unsealing the complaint and arrest warrant against defendant Andre Wilburn in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           _____, 2019

                                                    _____
                                                    HONORABLE PEGGY KUO
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    EASTERN DISTRICT OF NEW YORK