F. #2018R01745

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

LAMONT BROWN,
ADAM MICEK,
KEVIN NELSON, and
ANDRE WILBURN,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 19-MJ-147 (SMG)

       Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Special Assistant United States Attorney Virginia Nguyen, for an order unsealing the complaint and arrest warrants against defendants Lamont Brown, Adam Micek and Kevin Nelson the above-captioned matter.

       WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           _____, 2019

                                   _____
                                   HONORABLE STEVEN L. TISCIONE
                                   UNITED STATES MAGISTRATE JUDGE
                                   EASTERN DISTRICT OF NEW YORK