BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR ARRAIGNMENT

MARCH 22, 2019
Time in Court:  15  minutes

DOCKET NUMBER:   CR 19-139 (RJD)

| | |
|---|---|
| U.S.A. -v- | **LAMONT BROWN (ON BOND)** |
| | COUNSEL:  GARY FARRELL (CJA) |
| U.S.A. -v- | **ADAM MICEK (ON BOND)** |
| | COUNSEL:  DAVID ADHAMI FOR MITCHELL ELMAN (RETAINED) |
| U.S.A. -v- | **KEVIN NELSON (ON BOND)** |
| | COUNSEL:  NOAM BIALE (CJA) |
| U.S.A. -v- | **ANDRE WILBURN (NOT PRESENT)** |
| | COUNSEL:  JAMES DARROW (LAS) |

**AUSA**   VIRGINIA NGUYEN

COURT REPORTER:  *HOLLY DRISCOLL.*

X  CASE CALLED FOR ARRAIGNMENT.

X  COURT WAS INFORMED BY MARSHAL THAT DEFENDANT #4 WAS NOT PRODUCED TODAY BECAUSE OF ILLNESS.
WITH NO OBJECTION FROM COUNSEL, COURT ENTERS A PLEA ON NOT GUILTY ON BEHALF OF DEFENDANT ANDRE WILBURN(#4)

X  DEFENDANTS 1, 2 & 3 WAIVE READING OF INDICTMENT AND ENTER PLEAS OF NOT GUILTY.

X  COURT ADVISED THAT DISCOVERY IS UNDERWAY

X  PARTIES JOINTLY REQUEST COURT EXCLUDE TIME IN THE INTEREST OF JUSTICE.  COURT APPROVES REQUEST.  TIME EXCLUDED FROM TODAY THROUGH 4/26/19.

X  CASE ADJOURNED TO 4/26/19 AT 10:30AM.