BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**APRIL 26, 2019**
*Time in Court:   15 MINUTES*

DOCKET NUMBER:  **CR 19-139**(RJD)

U.S.A. -v-    **LAMONT BROWN (On Bond)**
           **COUNSEL:  GARY FARRELL (CJA)**
U.S.A. -v-    **ADAM MICEK (On Bond)**
           **COUNSEL:  MITCHELL ELMAN (RETAINED)**
U.S.A. -v-    **KEVIN NELSON (On Bond)**
           **COUNSEL:   NOAM BIALE (CJA)**
U.S.A. -v-    **ANDRE WILBURN (On Bond)**
           **COUNSEL:  SAMUEL JACOBSON for James Darrow (LAS)**

**AUSA:    VIRGINIA NGUYEN**
**PRE TRIAL OFFICER: AMANDA CARLSON**

COURT REPORTER:  *ANTHONY FRISOLONE*

X      CASE CALLED FOR STATUS CONFERENCE.
       DISCUSSION HELD.
       ALL COUNSEL AGREE TO HAVE CASE DESIGNATED AS COMPLEX IN LIGHT
       OF VOLUMINOUS DISCOVERY.
       TIME EXCLUDED FROM TODAY THROUGH 7/26/2019.
       AS TO DEFENDANT ADAM MICEK(#2): DISCUSSION HELD REGARDING
       PRETRIAL SERVICES MEMORANDUM DATED 4/25/2019, CONDITIONS
       OF RELEASED MODIFIED AS FOLLOWS: *"The defendant is not to possess*
       *any internet capable devices except for one authorized cellular telephone, to be*
       *monitored by Pretrial Services for the duration of this case; and that the defendant*
       *pay the cost of computer monitoring based on his ability to pay as determined by*
       *Pretrial Services".*
       MITCHELL ELMAN REQUESTS THAT HIS CLIENT BE CONSIDERED
       FOR PLACEMENT IN THE P.O.P. PROGRAM.
       CASE ADJOURNED TO 7/26/2019 AT 10:30AM FOR ALL DEFENDANTS.