BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**JULY 26, 2019**
*Time in Court: 10 MINUTES*

DOCKET NUMBER:   **CR 19-139** (RJD)

| | |
|---|---|
| U.S.A. -v- | **EMMA SORIANO (ON BOND)** |
| | **COUNSEL: GARY FARRELL (CJA)** |
| U.S.A. -v- | **ADAM MICEK (ON BOND)** |
| | **COUNSEL: MITCHELL ELMAN (RETAINED)** |
| U.S.A. -v- | **KEVIN NELSON (ON BOND)** |
| | **COUNSEL: NOEM BIALE (CJA** |
| U.S.A. -v- | **ANDRE WILBURN (IN CUSTODY)** |
| | **COUNSEL:   JAMES DARROW (LAS)** |

**AUSA: VIRGINIA NGUYEN**

COURT REPORTER:   *RIVKA TEICH*

X     CASE CALLED FOR STATUS CONFERENCE.
       DISCUSSION HELD.
       AUSA ADVISES THAT ALL DEFENDANTS ARE ENGAGED IN
       PLEA NEGOTIATIONS AND REQUESTS TIME TO CONTINUE IN
       NEGOTIATIONS, WITH THE CONSENT OF ALL COUNSEL.
       COURT: CASE PREVIOUSLY DESIGNATED AS COMPLEX, EXCLUSION
       CONTINUES, IN THE INTEREST OF JUSTICE FROM TODAY THROUGH
       9/20/2019.
       CASE ADJOURNED TO 9/20/2019 AT 9:45AM.