**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 19, 2019

BY ECF

The Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Andre Wilburn*, No. 19 Cr. 139 (RJD)

Your Honor:

    This office represents Andre Wilburn. Mr. Wilburn intends to enter a guilty plea before the assigned magistrate judge in connection with this prosecution. In light of that, I respectfully request that our appearance at tomorrow's status conference be waived. The government does not object to this application.

    The defense does not object to the exclusion of speedy trial time between now and what I understand to be the date of the next status conference, October 25, 2019, so that the parties may finalize Mr. Wilburn's plea.

                                    Respectfully submitted,

                                    /s James Darrow

                                    James Darrow
                                    Assistant Federal Defender
                                    Tel. (718) 407-7419
                                    james_darrow@fd.org

                                    *Attorneys for Andre Wilburn*