## Federal Defenders
### OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

September 19, 2019

BY ECF

The Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

9/19/19

Granted. Time ex-
cluded.
So ordered.
s/ Raymond J. Dearie

Re: *United States v. Andre Wilburn*, No. 19 Cr. 139 (RJD) #4

Your Honor:

This office represents Andre Wilburn. Mr. Wilburn intends to enter a guilty plea before the assigned magistrate judge in connection with this prosecution. In light of that, I respectfully request that our appearance at tomorrow's status conference be waived. The government does not object to this application.

The defense does not object to the exclusion of speedy trial time between now and what I understand to be the date of the next status conference, October 25, 2019, so that the parties may finalize Mr. Wilburn's plea.   @ 10am

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Tel. (718) 407-7419
james_darrow@fd.org

*Attorneys for Andre Wilburn*