RD 11/4/19
GA

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 04 2019 ★
GA
BROOKLYN OFFICE

U.S.M.J. LOIS BLOOM

DATE: October 24, 2019

## CRIMINAL CAUSE FOR PLEADING

Time In Court: 30 Minutes

**USA v. Wilburn**                        Docket No.: 1:19-cr-00139-RJD

Defendant: __Andre Wilburn__
  ✓ present  ___ not present  ___ custody  ___ bail

Defendant's Counsel: __James Darrow__
  ✓ present  ___ not present  ___ CJA  ___ LAS  ___ Retained

AUSA: __Virginia Nguyen__

Interpreter: __N/A__                     Language: __N/A__

FTR ( __1:46__ - __2:14__ )              Reporter: _____

✓ Case Called
___ Defendant's First Appearance
✓ Defendant: ✓ Sworn  ___ Arraigned  ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued: _____
✓ Defendant Enters (Guilty)/~~Not Guilty~~ Plea to Count(s) __2 and 6__ of the ~~(Superceding)~~ Indictment/~~Information~~
___ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) _____ of the (Superceding) Indictment/Information
✓ Court Finds Factual Basis for the Plea
___ Sentencing Set for __1 / 22 / 2020__ at __11:15 a.m.__
___ Sentencing to be Set by Probation
___ Bail/Bond: ___ Set  ___ Continued for Defendant  ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
✓ Transcript Ordered
✓ Other: __Consent to have plea taken before USMJ, referral order__