

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 20 2019 ★

BROOKLYN OFFICE

**MEMORANDUM TO
THE HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE**

RE: Andre Wilburn
DOCKET #: 19-CR-139-04
FOR SENTENCE: January 22, 2020

## REQUEST FOR SENTENCE ADJOURNMENT

On October 24, 2019, the defendant pled guilty before Magistrate Judge Lois Bloom to Access Device Fraud, in violation of 18 U.S.C. §§ 1029(a)(5) and 1029(c)(1)(A)(ii), and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and 1028A(b).  The case was subsequently referred to the United States Probation Department for a presentence investigation, and assigned to U.S. Probation Officer Angelica Deniz.

As noted above, the sentence date is January 22, 2020.  Due to the conflicting schedules of Defense Counsel and the undersigned officer, the presentence interview has not yet been conducted.  As a result, the presentence investigation has been delayed.  The interview is scheduled for January 7, 2020, and thereafter, his personal history will need to be investigated thoroughly, given his ties to the community.  In light of the above-noted sentence date, and in order to provide the Government and Defense Counsel with ample time to respond to the presentence report following disclosure, we respectfully request an adjournment of the sentence date until March 2020 or thereafter.  We apologize for any inconvenience.

RESPECTFULLY SUBMITTED:

VITA QUARTARA
ACTING CHIEF U.S. PROBATION OFFICER

Prepared by:

*Angelica Deniz*
Angelica Deniz
U.S. Probation Officer
(347) 534-3755

November 25, 2019

Approved by:

*MA Betts*
Mary Ann Betts
Supervisory U.S. Probation Officer
(347) 534-3730



✓  Adjournment Request Granted

__  Adjournment Request Denied

New Sentence Date/Special Instructions: _April 17, 2020 @ 11:00am_

s/ RJD
The Honorable Raymond J. Dearie
United States District Judge

Date 11/27/19

cc:
Virginia Nguyen, Esq.
Assistant United States Attorney

James Darrow, Esq.
Defense Counsel