**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 2, 2021

The Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

                Re:    *United States v. Andre Wilburn*, No. 19 Cr. 139 (RJD)

Your Honor:

      This office represents Andre Wilburn.  I write, with no objection by the government, to respectfully request that the deadline for objections to the Presentence Report, currently set for today, be adjourned by at least two weeks.  The reason is that I have not been able to visit Mr. Wilburn in person at the MDC for several months due to the lockdown and other pandemic-related disruptions.

                                                     Respectfully submitted,

                                                     /s James Darrow

                                                     James Darrow
                                                   Assistant Federal Defender
                                                   James_Darrow@fd.org
                                                   (718) 407-7419

                                                   *Attorneys for Andre Wilburn*