**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 12, 2021

The Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *United States v. Andre Wilburn*, No. 19 Cr. 139 (RJD)

Your Honor:

  I represent Mr. Wilburn in this matter. Today, Chief Judge Brodie relieved me as counsel for Mr. Wilburn in his companion case in this District, No. 19 Cr. 108 (MKB), on the client's application, in light of Mr. Wilburn's representation that there has been a breakdown in our communication. The Chief Judge appointed Carlos Santiago, Esq., from the CJA Panel, as replacement counsel. In light of that development, I respectfully request that I be similarly relieved in this case, and Mr. Santiago appointed for Mr. Wilburn.

            Respectfully submitted,

            /s James Darrow

            James Darrow
            Assistant Federal Defender
            James_Darrow@fd.org
            (718) 407-7419

            *Attorneys for Andre Wilburn*