# THE LAW OFFICE OF CARLOS M. SANTIAGO, P.C.



1l Broadway, Suite 615, New York, NY 10004, E: carlos@santiagolawnyc.com, P: 212-256-8460, F: 917-905-7191

July 28, 2021

**Via ECF and Email**
The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *United States v. Andre Wilburn*
                 19 cr 139 (RJD)
                 Request for Adjournment

Dear Judge Dearie:

      A sentencing in this matter is scheduled for Friday August 20, 2021. As the Court is aware, counsel was assigned to this case after this sentencing was scheduled. Counsel still requires time to review the PSR with Mr. Wilburn and is requesting an adjournment in order to finalize the review and submit timely objects, if any, to the PSR in preparation for sentencing. The government is aware of this request and consents. After speaking with the government and chambers about scheduling, counsel respectfully request that the sentencing be rescheduled to sometime in late October or early November of 2021.

      The Court's attention to this request is greatly appreciated.

                                                    Regards,

                                                  Carlos M. Santiago, Jr.

cc:    AUSA Virginia Nguyen