August 02, 2021

Delivery via First-Class Mail (USPS)



RECEIVED
AUG 11 2021
PRO SE OFFICE

rec'd to dkt 8/18/2021

The Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Dearie:

    I am writing this letter to formally request the opportunity to speak at my sentencing as per Rule 32(h)(i)(4)(A)(ii) of the Federal Rules of Criminal Procedure.

Respectfully,

Andre Wilburn
Case No. 19-CR-139 (RJD)

NEW YORK NY 100

9 AUG 2021 PM 1 4 L

SPECIAL MAIL

The Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299

Andre Wilburn #73608-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you. It was not inspected.
The letter has neither been opened nor read.
If the writer raises a question or complaint over
which the Bureau has jurisdiction, you may wish
to return the material for further information
or clarification. If the enclosures contain correspondence
for forwarding to another addressee, please
return the enclosure to the above address.