SP 8/11/21

August 02, 2021

Delivery via First-Class Mail (USPS)

The Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RECEIVED
AUG 11 2021
PRO SE OFFICE
rec'd to dkt 8/18/202

Dear Judge Dearie:

    I am writing this letter to formally request the opportunity to speak at my sentencing as per Rule 32(h)(i)(4)(A)(ii) of the Federal Rules of Criminal Procedure.

Respectfully,

*[signature]*

Andre Wilburn
Case No. 19-CR-139 (RJD)

---

9/10/21

Defendant's right to address the Court prior to sentencing will be fully protected. Motion denied as moot.

*[signature]*

s/RJD

Indre Wilburn #73608-298
DC Brooklyn
O Box 329002
rooklyn, NY 11232

NEW YORK NY 100
9 AUG 2021 PM 1 9 L



The Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

SPECIAL MAIL

11201-183299

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through
mail procedures for forwarding to you
The letter has neither been ~~~ nor inspected.
If the writer raise~ ~~~tion or a ~ ~~~ ~~~n over
which t~ ~ ~~y has jurisdic~~n, you ~~~ ~~~wish
t~ ~~urn the m~~~ ~~l for further informa~~~n
or clarification. If th~ ~~~loses correspondence
for forward~~ng to another ~~~~~ses, please
return the enclosure to the above address.