*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Facsimile: 718-222-2889*
*www.samgregory.com*

*Admitted in NY and NJ*

**VIA ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re**: United States v. Andre Wilburn
        Docket # 19 Cr 139 RJD4

Dear Judge Dearie,

    Please be advised that Mr. Wilburn objects to the lengthy adjournment I requested on the above matter. I met with Mr. Wilburn today and the meeting ended prematurely, after a disagreement emerged between us. I am NOT asking to be relieved. I firmly believe that with some time and effort Mr. Wilburn and I can work well in the future.

                      Respectfully submitted,

        By:    /s/*Samuel Gregory*//
                 Law Office of Samuel Gregory
                 16 Court Street, Suite 3500
                 Brooklyn, New York 11201
                 Tel: 718-222-2992/718-360-6243
                 Email: Sam@samgregory.com

                 *Attorney for Andre Wilburn*

Cc: The Hon. Raymond J. Dearie (by ECF)
Clerk of Court (RJD) (by ECF)

Virginia Nguyen for the Government (by ECF)