**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 28 2021 ★

BROOKLYN OFFICE

December 19, 2021

Delivery via First-Class Mail (USPS)

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


RECEIVED
DEC 28 2021
PRO SE OFFICE

re: United States v. Andre Wilburn, case No. 19-CR-139(RJD)

Dear Judge Dearie:

 The defendant, Andre Wilburn, without waiving any other motions, and to be considered in addition to and in connection with any previously submitted motions and any previously submitted or future Speedy Trial Motions, respectfully writes the Court to assert his Constitutional Speedy Trial right pursuant to the Sixth Amendment to the United States Constitution. As a basis, the defendant sets forth the following:

 Although the Fifth Amendment due process clause is the typical remedy for sentencing delays, the fact that as of the date of this letter, the Court has yet to formally accept the defendant's guilty plea on-the-record translates to the Sixth Amendment "speedy trial clause appl[ying] with full force." United States v. Roberts, 515 F.2d 642 (2d Cir. 1975).

 Therefore, the defendant would like to formally assert his speedy trial right on-the-record.

 I affirm under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2021.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 28 2021 ★
BROOKLYN OFFICE

RECEIVED
DEC 28 2021
PRO SE OFFICE

Respectfully submitted,

*[signature]*

Andre Wilburn #73608-298
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Andre Wilburn #73608298
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

The Honorable Judge Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

SPECIAL MAIL

Mr. [illegible] —NION CENTER
80 29TH STREET
[illegible]

The enclosed letter was produced at [illegible]
mail procedures for forwarding to you.
The enclosed letter has been opened nor inspected.

The letter that [illegible] is a question, a problem over
If the [illegible] is a question that, you may wish
whom the [illegible] has jurisdiction information
to return the material for further correspondence
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.