FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 11 2022 ★
BROOKLYN OFFICE

RECEIVED
FEB 11 2022
PRO SE OFFICE

February 07, 2022

Delivery via United States Mail

The Honorable Raymond J. Dearie
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

in re: United States v. Brown, case No. 19-CR-139 (RJD) #4

Dear Judge Dearie:

    The defendant, Andre Wilburn, respectfully writes the Court to assert his speedy trial right pursuant to the Sixth Amendment to the United States Constitution.

    The Court has not formally accepted the defendants guilty plea on-the-record as of the date of this letter, so not only could the defendant withdraw his plea "for any or no reason," Fed. R. Cr. P. Rule 11(d)(1), but the Sixth Amendment "speedy trial clause [also] applies with full force." United States v. Roberts, 515 F. 2d. 642 (2d Cir. 1975)

    Therefore, the defendant would like to formally assert his speedy trial right and demand a speedy trial on-the-record.

 

RECEIVED
FEB 11 2022
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ FEB 11 2022 ★
BROOKLYN OFFICE

I affirm under penalty of perjury that the foregoing is true and correct. Executed on February 07, 2022.

Respectfully submitted,

Andre Wilburn # 73608-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

— Certificate of Service —

I, hereby certify that I have on this 07th day of February 2022 served a copy of the foregoing affirmation upon counsel for the government Robert Polemeni, by United States Mail, first-class postage prepaid.

Andre Wilburn #73408-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299

NEW YORK NY 100

US SPECIAL MAIL
28 CFR 540.18

METROPOLITAN DETENTION CENTER
80 29th ST, BROOKLYN, NY 11232

The enclosed ⟨...⟩ was processed through
mail procedu⟨...⟩ ⟨...⟩ ⟨...⟩ to yo⟨...⟩
The letter has neither been op⟨...⟩ ⟨...⟩ inspected.
If the letter raises a question or ⟨...⟩ item over
which this fa⟨...⟩ no jurisdiction, you n⟨...⟩ wish
to return the ⟨...⟩ to ⟨...⟩ other info⟨...⟩ tio⟨...⟩
or clarification if the write⟨...⟩ ⟨...⟩ has time ⟨...⟩ ⟨...⟩
for forwarding to anoth⟨...⟩ ⟨...⟩ ⟨...⟩ ⟨...⟩ ce
return the enclosure to the above address.